[Nos. 20504-8-I; 21339-3-I. Division One. June 20, 1988.]

ARTHUR SCHREIFELS, ET AL, *Appellants,* v. SAFECO INSUR- ANCE COMPANY, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for

1068

Skagit County, No. 84–2–00362–9, Walter J. Deierlein, Jr., J., entered May 4, 1987. *Affirmed* by unpublished opinion per Williams, J., concurred in by Winsor, J., and Schumacher, J. Pro Tem.